UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.08-13069

GEORGE H. FURCRON,

    Plaintiff(s),

-V-

SHERWOOD FOOD DISTRIBUTORS, ET.AL,

    Defendant(s).
    _____/

## PARTIAL ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on the 9th
day of October, 2008.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to serve defendant(s) within 120 days after the filing of the complaint, pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, has been mailed to counsel of record. No response to the Order to Show Cause has been filed;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED as to defendant AL MCINTOSH only .

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 9, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 9, 2008, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager