UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CIVIL NO.08-13069

GEORGE H. FURCRON,

    Plaintiff(s),

-v-

SHERWOOD FOOD DISTRIBUTORS,

    Defendant(s).
    _____/

## ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan on January 16, 2009.

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
                 UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to prosecute pursuant to Local Rule 41.2 has been sent to counsel of record. The Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: January 16, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 16, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager